**FOR THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FRANK DILLARD,** | § | |
| ***Plaintiff,*** | § | |
| | § | **CIVIL ACTION 3:25-cv-00073** |
| **v.** | § | |
| | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |
| ***Defendant.*** | § | |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

1. Plaintiff's Original Petition, filed November 20, 2024;
2. Citation issued to Wal-Mart Stores Texas, LLC, filed November 27, 2024;
3. Notice of Dismissal Hearing, filed December 04, 2024;
4. Return of Service from Wal-Mart Stores Texas, LLC, filed December 13, 2024;
5. Defendant's Answer and Jury Demand, filed January 06, 2025.

Respectfully submitted,

By: ______________________________

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**J. HUNTER RALSTON**
Texas Bar No. 24132460
hralston@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3746
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10th day of January 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**DAVID A. JOHNSON**